JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., ) | Case No.: CV 08-7632 DSF (Ex) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| STERLING-CHASE, LLC and ) OVERSEAS FILMGROUP, INC., ) | |
| Respondants. ) | |

_____

This action came on for hearing on December 11, 2008, the Honorable Dale S. Fischer, District Judge, Presiding.  The Court ordered that the award of the arbitrator in this matter be confirmed.

IT IS ORDERED AND ADJUDGED that

1. The arbitration award in SAG Case No. 2002-0342 is confirmed in all respects,
2. Respondents shall pay $25,700.30 to Petitioner, and
3. Petitioner is granted an assignment any money received or to be received by Respondents from the distribution, exhibition, exploitation or other use

of the theatrical picture known as "The Sterling Chase," a/k/a "Graduation Week," anywhere in the world until the amounts due are paid in full.

Dated: 4-1-09                               _____
                                            Dale S. Fischer
                                            United States District Judge

2